## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
Judge

August 23, 2012

### MEMORANDUM

TO: Greg Langham, Clerk

FROM: Judge Babcock         s/LTB

RE: Criminal Action No. 12-cr-00374-LTB
USA v. Qadir, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp